**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7268**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SANCHEZ HUDSON, a/k/a Chez,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:09-cr-00039-FDW-14)

Submitted: November 13, 2012          Decided: November 15, 2012

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sanchez Hudson, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sanchez Hudson appeals the district court's order granting counsel's motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have considered Hudson's argument on appeal and conclude there was no abuse of discretion by the district court. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2